Generated: Sep 27, 2024 10:46AM                                                                                         Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Sep 27, 2024 10:46AM

MIRIAM TAUBER LAW PLLC  
885 PARK AVE  
APT 2A  
NEW YORK, NY 10075

Rcpt. No: 292412        Trans. Date: Sep 27, 2024 10:46AM        Cashier ID: #VT

| CD  | Purpose                  | Case/Party/Defendant                          | Qty | Price | Amt   |
|-----|--------------------------|-----------------------------------------------|-----|-------|-------|
| 205 | Miscellaneous Filing Fees| DFLS124MC023707<br>FBO: AVOLON HOLDINGS CORP | 1   | 52.00 | 52.00 |

| CD | Tender |      |            | Amt     |
|----|--------|------|------------|---------|
| CH | Check  | #134 | 09/20/2024 | $52.00  |

|                              |         |
|------------------------------|---------|
| Total Due Prior to Payment:  | $52.00  |
| Total Tendered:              | $52.00  |
| Total Cash Received:         | $0.00   |
| Cash Change Amount:          | $0.00   |

**Comments:** 1:24-mc-23707-DPG/Avolon Holdings Corp.,

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.