UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVALON HOLDINGS CORP., | Case No.: **24-mc-23707** |
| Plaintiff, | |
| v. | |
| GUY GENTILE, | |
| Defendant. | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Miriam Tauber** of the law firm of **Miriam Tauber Law PLLC, 885 Park Ave. 2A, New York, New York 10075; 323-790-4881**, for purposes of appearance as co-counsel on behalf of **Plaintiff Avalon Holdings Corp.** in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Miriam Tauber** to receive electronic filings in this case, and in support thereof states as follows:

1. **Miriam Tauber** is not admitted to practice in the Southern District of Florida and is a member in good standing of the **New York State** bar and of the District Court for the **Southern District of New York** (and other U.S. district courts).

2. Movant, **Rachel Micah-Jones, Esquire**, with a business address at: **711 W 40th St - Unit 412. Baltimore, Maryland 21211; (855) 234-9699,** is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be

required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, **Miriam Tauber** has made payment of this Court's **$250** admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. **Miriam Tauber**, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to **Miriam Tauber** at email address: **MiriamTauberLaw@gmail.com**

WHEREFORE, **Rachel Micah-Jones** moves this Court to enter an Order permitting **Miriam Tauber** to appear before this Court on behalf of **Plaintiff Avalon Holdings Corp.** for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to **Miriam Tauber.**

Date: 12/23/25   Respectfully submitted,

_____
**Rachel Micah-Jones, Esq.**
**Fl. Bar ID # 693170**
**Rachel.MicahJones@gmail.com**
**711 W 40th St UNIT 412**
**Baltimore, MD 21211**
 **(855) 234-9699**

Attorneys for **Plaintiff Avalon Holdings Corp**.